PROB 12C
(6/16)

Report Date: April 29, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2025

SEAN F. McAVOY, CLERK

*Revised* Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Luis Bernal | Case Number: 0980 4:16CR06046-MKD-3 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ | Kennewick, WA 99336 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 14, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1)(b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 48 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: | April 11, 2020 |
| Defense Attorney: | Brandon Lloyd Pang | Date Supervision Expires: | April 10, 2024 |

### PETITIONING THE COURT

**Please Note:** This revised petition is to replace the original petition filed with the Court on August 18, 2023.

Upon completion of his custodial sentence, Mr. Bernal was deported to Mexico on April 21, 2020.  As such, the probation officer was unable to review the conditions of supervision with the offender.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 2 | **Special Condition #1**: If deported, you are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designate. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Alien in the United States After Deportation, in violation of 18 U.S.C. § 1326, on or about August 15, 2023.  Further, it is alleged that he violated special condition number 1, by returning to the United States without advance legal permission from the United States Attorney General or his designate. |
| | On April 21, 2020, Mr. Bernal was deported from the United States to Mexico. |

Prob12C
**Re: Bernal, Luis**
**April 29, 2025**
**Page 2**

On or about August 15, 2023, law enforcement officers made contact with the offender in Pasco, Washington, after responding to a report of a domestic dispute. The offender and alleged victim were both interviewed by officers and it was determined there was no probable cause for an arrest.

There is no indication the offender obtained permission to return to the United States, and therefore illegally reentered the country.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 29, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant  (warrant previously issued and executed)
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

April 29, 2025
Date